UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 26, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIA DEL SOCORRO MADRIGAL,

    Defendant.

Case No.   2:23-mj-00095-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARIA DEL SOCORRO MADRIGAL , Case No.  2:23-mj-00095-DB , Charge 18 U.S.C. § 3606, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        __X__ (Other): Defendant to be released at 9:00 AM on 6/27/2023.

Issued at Sacramento, California on June 26, 2023 at 2:44 PM

        By:   /s/ Carolyn K. Delaney
             Magistrate Judge Carolyn K. Delaney