1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  RACHELLE BARBOUR, SBN #185395
   Assistant Federal Defender
3  OFFICE OF THE FEDERAL DEFENDER
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, CA 95814
5  Telephone: (916) 498-5700
   Fax: (916) 498-5710
6
   Attorneys for Defendant
7  MARIA DEL SOCORRO MADRIGAL

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )  Case No.  2:23-CR-0164-KJM
12                                  )
            Plaintiff,              )  **STIPULATION AND ORDER TO VACATE**
13                                  )  **STATUS CONFERENCE AND SET**
   vs.                              )  **ADMIT/DENY HEARING**
14                                  )
   MARIA DEL SOCORRO MADRIGAL,      )  New Date: August 7, 2023
15                                  )  Time: 9:00 a.m.
            Defendant.              )  Chief Judge  Hon. Kimberly J. Mueller
16                                  )
                                    )
17
       IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States
18
   Attorney, through James Conolly, Assistant United States Attorney, attorney for Plaintiff, and
19
   Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour,
20
   attorney for Maria Del Socorro Madrigal, Defendant, that the status conference currently
21
   scheduled on the duty calendar for Monday, July 10, 2023, at 2:00 p.m. be vacated, and that an
22
   admit/deny hearing be set on the District Court calendar on August 7, 2023 at 9:00 a.m.
23
       //
24
       //
25

26

27

28

Stipulation and Order            -1-                                    *US v.Madrigal*

1    Ms. Madrigal is out of custody facing a violation petition.  The parties requested the
2    instant status conference to allow time for this case to be transferred to the current district.  It has
3    been transferred (Doc. 4) and accordingly, the parties request that the status conference be
4    vacated and that this matter be placed on the District Court's calendar for further proceedings.
5    The Probation Office has been consulted and agrees with this request.

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Date: July 7, 2023                              */s/  Rachelle Barbour*
                                                RACHELLE BARBOUR
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                MARIA DEL SOCORRO MADRIGAL


Date: July 7, 2023                              PHILLIP A. TALBERT
                                                United States Attorney

                                                */s/James Conolly*
                                                JAMES CONOLLY
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## ORDER

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

Dated: July 7, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE