UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DEL SOCORRO MADRIGAL,<br><br>Defendant. | No. 2:23-CR-00164-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release MARIA DEL SOCORRO MADRIGAL; Case No. 2:23-CR-00164-KJM, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

_X_ (Other): <u>Time Served as of 11/14/2023; Defendant to be released from the U.S. Marshal's Office no later than 9:00 AM on 11/14/2023 to begin a 90-day in-patient drug treatment program at Wellspace Health</u>.

Issued at Sacramento, California on 11/13/23, at 10:19 am

Kimberly J. Mueller
United States District Judge