HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700
Douglas_Beevers@fd.org

Attorney for Defendant
MARIA DEL SOCORRO MADRIGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:23-cr-00164-KJM-1 |
| Plaintiff, | **ORDER TO FILE RELEASE PLAN UNDER SEAL** |
| v. | |
| MARIA DEL SOCORRO MADRIGAL, | |
| Defendant. | |

**IS HEREBY ORDERED** that the Request to file Defendant's Release Plan under seal be granted so that the confidential personal information it contains is not available on the public docket. The document has been provided to the Court and opposing counsel.

This document shall remain under seal until further Order of the Court.

Dated: December 17, 2024

HON. KIMBERLY J. MUELLER
United States District Judge