<table>
<tr><td></td><td><strong>FILED</strong></td></tr>
</table>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 14, 2025

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARIA DEL SOCORRO MADRIGAL,

Defendant.

Case No.  2:23-cr-00164-KJM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARIA DEL SOCORRO

MADRIGAL , Case No  2:23-cr-00164-KJM , Charge 18 USC § 3606, from custody

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ $ _____

_____        Unsecured Appearance Bond $ $ _____

_____        Appearance Bond with 10% Deposit

_____        Appearance Bond with Surety

_____        Corporate Surety Bail Bond

  X    (Other): To be released on 1/15/2025 at 9:00 a.m.

Sacramento County Jail is further ORDERED to release the defendant with a

_____  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 14, 2025, at 10:45 a.m.

By: _____

Kimberly J. Mueller, US District Judge